JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TROTTER, | CV 17-121 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LINDA WHITTLESEY, | |
| Defendant. | |

Pursuant to the Court's April 3, 2017 Minute Order granting the Motion to Dismiss filed by defendant Linda Whittlesey ("Defendant"), which dismissed all of the claims asserted by plaintiff Joseph Trotter ("Plaintiff") against Defendant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in her favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2  nothing and that Defendant shall have her costs of suit.
3    IT IS SO ORDERED.

5  DATED: March 28, 2017

                                                      _____
                                                              Percy Anderson
                                                      UNITED STATES DISTRICT JUDGE